DORIS ANN BURROW, EMPLOYEE-PLAINTIFF v. HANES HOSIERY, INC.,
EMPLOYER, AETNA LIFE AND CASUALTY INSURANCE COMPANY,
CARRIER-DEFENDANTS

No. 121A84

(Filed 5 June 1984)

PLAINTIFF appeals as a matter of right pursuant to G.S.
7A-30(2) from the decision of the Court of Appeals, 66 N.C. App.
418, 311 S.E. 2d 30 (1984), one judge dissenting, which reversed
the Opinion and Award of the Industrial Commission.

*Harper, Wood and Brown, by William Z. Wood, Jr., for plaintiff-appellant.*

*Womble, Carlyle, Sandridge & Rice, by Keith W. Vaughan, for defendant-appellees.*

PER CURIAM.

The opinion of the Court of Appeals contains a thorough
statement of the relevant facts of this case. The Court of Appeals
concluded that neither the evidence which had been presented by
the plaintiff at two prior hearings nor the findings of fact con-
tained in the Opinion and Award of the Full Commission sup-
ported a finding of a "change of condition" occurring after the
plaintiff's final award of permanent partial disability compensa-
tion. Therefore, the Court of Appeals reversed the Full Commis-
sion's award of temporary total disability compensation.

After carefully reviewing the record and briefs filed in this
case, and hearing the oral arguments of counsel for both parties,
we have concluded that the analysis, the reasoning, and the result
reached by the majority of the panel of the Court of Appeals is
correct in all respects. Therefore, we affirm the decision of the
Court of Appeals.

Affirmed.

Justice MITCHELL did not participate in the consideration or
decision of this case.